UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HONGSEOK SEO,

                Plaintiff,

    v.

STEVEN PRESTON, *et al.*,

                Defendants.

Case No. C26-2054-JCC

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 5.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 5) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John C. Coughenour.

//

//

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

Dated this 7th day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2