THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HONGSEOK SEO,<br><br>Plaintiff,<br><br>v.<br><br>EVERGREEN GOODWILL SEATTLE, *et al.*,<br><br>Defendants. | CASE NO. C26-2054-JCC<br><br>ORDER |

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court reviewed Plaintiff's original complaint (Dkt. No. 8) to determine whether to order service and summons. (*See* Dkt. No. 10.) It concluded that the complaint failed to satisfy Rule 8. (*See id.* at 1–2.) The Court then declined to order service and summons and provided Plaintiff leave to file an amended complaint to correct the deficiencies identified. (*See id.* at 2.) Plaintiff recently filed an amended complaint (Dkt. No. 11), which (other than narrowing the named defendants) does not materially differ from the prior complaint. (*Compare* Dkt. No. 8, *with* Dkt. No. 11.) Thus, it fails to cure the previously identified deficiencies. Accordingly, and pursuant to 28 U.S.C. § 1915(e)(2), Plaintiff's amended complaint (Dkt. No. 11) is DISMISSED.[1] The Clerk is DIRECTED to close this case.

[1] This necessarily moots Plaintiff's outstanding motion (Dkt. No. 13)

DATED this 5th day of August 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE